UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASHMARQ GLOBAL CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 18-cv-04069-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

This case has been pending for more than one year. The discovery deadline closes on August 15, 2019 and trial is set for February 3, 2020. Plaintiff Cashmarq Global Consultants, Inc., a California corporation, has failed to respond to a document demand from defendant dated March 18, 2019, and its shareholders have failed to respond to subpoenas duces tecum from the government dated May 17, 2019. On June 7, 2019 plaintiff informed its counsel that they were being terminated, but no new counsel has appeared. Plaintiff's counsel has moved to withdraw. Their motion is unopposed. Without counsel, a corporation cannot litigate in federal court.

Plaintiff is ORDERED TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE. No later than August 19, 2019, an officer of plaintiff shall file a declaration under penalty of perjury which explains the failure to respond to discovery, who its lawyer will be for the remainder of the case, and how it will comply with either the existing case scheduling order or the proposed schedule set forth in the Stipulation filed on August 1, 2019. Said officer and counsel for the parties shall appear at 2:00 p.m. on Wednesday, August 21, 2019, at Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. I will be inclined to grant current plaintiff's counsel's pending motion to

withdraw at that time.  Failure to respond to this Order to Show Cause will result in dismissal of the case with prejudice in light of the facts stated in the opening paragraph.

**IT IS SO ORDERED.**

Dated: August 8, 2019



William H. Orrick
United States District Judge